NICHOLAS M. WAJDA
nick@wajdalawgroup.com
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Fax: (866) 286-8433
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD T. GRIMM, | Case No. 2:19-cv-09254-GW-MRW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| ALLIANT CAPITAL MANAGEMENT, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE CHAD T. GRIMM, ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

1

Respectfully submitted this 8th day of November 2019.

s/ Nicholas M. Wajda
Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
(310) 997-0471
nick@wajdalawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nicholas M. Wajda
Nicholas M. Wajda
