UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-9254-GW-MRWx | Date | November 13, 2019 |
|---|---|---|---|
| Title | *Chad T. Grimm v. Alliant Capital Management, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 8, 2019, Plaintiff Chad T. Grimm filed a Notice of Settlement. The Court sets an order to show cause re settlement hearing for January 16, 2020 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a dismissal is filed by noon on January 15, 2020.

:

Initials of Preparer    JG