Nicholas M. Wajda
Wajda Law Group, APC
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Phone: (310) 997-0471
Fax: (866) 286-8433
nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHAD T. GRIMM,

           Plaintiff,

   v.

ALLIANT CAPITAL
MANAGEMENT, LLC,

          Defendant.

Case No. 2:19-cv-09254-GW-MRW

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, Chad T. Grimm, ("Plaintiff"), by and through his attorneys, Wajda Law Group, APC, and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, Alliant Capital Management, LLC, with prejudice. Each party shall bear its own costs and attorney fees

Respectfully submitted this 9th day of December 2019.

1

s/ Nicholas M. Wajda
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Phone: (310) 997-0471
Fax: (866) 286-8433
nick@wajdalawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nicholas M. Wajda
Nicholas M. Wajda